

RECEIVED
IN ALEXANDRIA, LA.

FEB 15 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

PRESTON GEORGE

VERSUS

PAT THOMAS, ET AL.

DOCKET NO. 10-cv-1671; SEC. P

JUDGE DEE D. DRELL

MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 42 U.S.C. §1997e.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this ⁄5 day of ____FEBRUARY____, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE